AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

BIG STICK MANUFACTURING, INC.

*Plaintiff(s)*

v.

PITBULL TOOLS AND SUPPLIES LLC and RICARDO CUYAR

*Defendant(s)*

Civil Action No. 8:17-cv-2142T36 MAP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PITBULL TOOLS AND SUPPLIES LLC
C/O RICARDO CUYAR, REGISTERED AGENT
5000 CULBREATH KEY WAY, SUITE 9305
TAMPA FL 33611

2017 SEP 14 PM 3:47
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA
RECEIVED

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  LAW OFFICE OF JAMES MATULIS
9806 GRETNA GREEN DRIVE, SUITE 100
TAMPA FL 33626
813-451-7347

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 14 2017

*Signature of Clerk or Deputy Clerk*